UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 95-14011-Cr-Hurley/Vitunac

UNITED STATES OF AMERICA,

v.

GERALD LAMAR BOYD,

Defendant.
_____/

FILED by ____ D.C.
AUG 10 2011
STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. - W.P.B.

REPORT AND RECOMMENDATION

The Defendant, GERALD LAMAR BOYD, appeared before the Court on August 8, 2011, represented by counsel. The Defendant was originally convicted of one count of conspiracy to possess with intent to distribute methamphetamine, in violation of 21 U.S.C. § 841(a)(1); one count of conspiracy to launder monetary instruments, in violation of 18 U.S.C. § 1956(b); and seven counts of laundering money instruments, in violation of 18 U.S.C. § 1956(a)(1)(A). On July 6, 2000, he was sentenced to 141 months in prison and five years of supervised release. The Defendant's supervised release began on June 7, 2004.

The Defendant is now charged with violating his supervised release by failing to refrain from violating the law. The violation stems from the Defendant's January 2007 arrest on state charges of trafficking over 28 grams of amphetamines and maintaining a drug dwelling or conveyance. In November 2007, the Defendant pled nolo contendere to the trafficking charge and was sentenced to 10 years in a state prison. He is currently serving this sentence.

The Defendant knowingly admits the violation and wishes to proceed to sentencing as soon

1

as possible. Accordingly, the Court RECOMMENDS that the District Court accept the Defendant's admission and find the Defendant guilty of violating his supervised release. The Court further RECOMMENDS that the matter be set down for sentencing before the District Court.

A party shall serve and file written objections, if any, to this Report and Recommendation with the Honorable U.S. District Judge Daniel T. K. Hurley, within 14 days after being served with a copy. See 28 U.S.C. § 636(b)(1)(C). Failure to file timely objections may limit the scope of appellate review of factual findings contained herein. See U.S. v. Warren, 687 F.2d 347, 348 (11th Cir. 1982) cert. denied, 460 U.S. 1087 (1983).

DONE and SUBMITTED in Chambers at West Palm Beach in the Southern District of Florida, this 10 day of August, 2011.

_____
ANN E. VITUNAC
UNITED STATES MAGISTRATE JUDGE