*UNITED STATES DISTRICT COURT*
*SOUTHERN DISTRICT OF FLORIDA*

CASE NO. 95-14011-CR-HURLEY/VITUNAC

**UNITED STATES OF AMERICA,**
       **Plaintiff,**

v.

**GERALD LAMAR BOYD,**
       **Defendant.**
-------------------------------------------/

## *ORDER ADOPTING REPORT AND RECOMMENDATIONS AND SETTING HEARING*

**THIS CAUSE** comes before the court upon written report from the United States Probation Office that the above named defendant violated the conditions of supervision and upon the Report and Recommendations of a United States Magistrate Judge, [DE 434]. Upon consideration, it is

**ORDERED** and **ADJUDGED** that:

1. The Magistrate Judge's Report and Recommendations are **adopted**.

2. A sentencing hearing will be conducted on **Thursday, October 6, 2011**, at **10:30 a.m.** in Courtroom 5 at the U.S. Courthouse, 701 Clematis Street, West Palm Beach, Florida.

**DONE** and **SIGNED** in Chambers at West Palm Beach, Florida this 11th day of August, 2011.

**copy furnished:**
AUSA Rinku Talwar Tribuiani
AFPD Robin C. Rosen-Evans
United States Marshal's Service
United States Probation Office

Daniel T. K. Hurley
United States District Judge